### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

MATTHEW SIKORSKY,

        Plaintiff,

v.                                   Case No:   6:23-cv-885-GAP-RMN

FCS INDUSTRIES, CORP.,

        Defendant

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 12) filed October 13, 2023.

On March 8, 2024, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.   The clerk is directed to enter Judgment in favor of the Plaintiff Matthew Sikorsky against Defendant FCS Industries, Corp. in the total amount

$12,949.80 ($6,252.90 in unpaid overtime compensation, $6,252.90 in liquidated damages, $402.00 filing fee and $42.00 service of process fee) and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party